UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARIE ELISKA ADEMA,

    Plaintiff,

v.                                                                                  Case No: 8:15-cv-1713-T-33JSS

CLEARWATER PAIN MANAGEMENT
ASSOCIATES, P.A., GREATER
FLORIDA ANESTHESIOLOGISTS, L.L.C.
and FROST-ARNETT COMPANY,

    Defendants.
_____/

## ORDER ON PLAINTIFF'S MOTION FOR RECONSIDERATION

THIS MATTER is before the Court on Plaintiff's Motion to Reconsider Denial of Plaintiff's Motion for Leave to Proceed *in Forma Pauperis*. (Dkt. 9.) The docket reflects that Plaintiff has paid the filing fee in this action. Accordingly, it is

**ORDERED** that Plaintiff's Motion to Reconsider Denial of Plaintiff's Motion for Leave to Proceed *in Forma Pauperis* (Dkt. 9) is **DENIED** as moot.

**DONE** and **ORDERED** in Tampa, Florida on September 17, 2015.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Party